# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KALLIE FRICKEY** | **CIVIL ACTION NO. 22-CV-04062** |
| **Plaintiff,** | **SECTION "R"** |
| **VERSUS** | **JUDGE SARAH S. VANCE** |
| **SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, AND PHYSICIANS MEDICAL CENTER, LLC** | **MAG. DIV. (4) MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendants** | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 41.2, Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this action and all claims including all possible counterclaims and defenses that could be asserted are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. This dismissal is otherwise without prejudice to the right, within sixty days, to file a motion for summary judgment enforcing the settlement.

| | |
|---|---|
| **DEUTSCH KERRIGAN, L.L.P.** | **PHELPS DUNBAR LLP** |
| By: */s/ Duris L. Holmes* <br> Duris L. Holmes (#17629) <br> 755 Magazine Street <br> New Orleans, LA 70130 <br> Telephone: 504 581-5141 <br> Email: dholmes@deutschkerrigan.com | By: */s/ J. Barrick Bollman* <br> Kim M. Boyle La. Bar No. 18133 <br> Stephanie Poucher, La. Bar No. 37263 <br> Canal Place \| 365 Canal Street, Suite 2000 <br> New Orleans, Louisiana 70130 <br> Telephone: 504 566 1311 <br> Facsimile: 504 568 9130 <br> Email: boylek@phelps.com <br> Email: pouchers@phelps.com |
| **ATTORNEYS FOR DEFENDANT PHYSICIANS MEDICAL CENTER, LLC** | **AND** |
| | **MCDERMOTT WILL & EMERY LLP** |
| **KENNETH C. BORDES** | |
| By: */s/ Kenneth C. Bordes* <br> **KENNETH C. BORDES,** <br> **ATTORNEY AT LAW, LLC** <br> 4244 CANAL STREET <br> NEW ORLEANS, LA 70119 <br> TELEPHONE: 504-588-2700 <br> EMAIL: KCB@KENNETHBORDES.COM <br> *ATTORNEY FOR PLAINTIFF KALLIE FRICKEY* | J. Barrick Bollman (pro hac vice) <br> 444 W. Lake Street, Ste. 4000 <br> Chicago, IL 60606 <br> Telephone: 312 984 2097 <br> bbollman@mwe.com |
| | **ATTORNEYS FOR DEFENDANTS' SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., AND SP LOUISIANA, LLC** |

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of June, 2023 served a copy of the foregoing pleading on counsel via filing on the Court's CM/ECF system.

                                                            */s/ Kenneth C. Bordes*